United States Bankruptcy Court
Southern District of Texas

**ENTERED**
May 22, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 25-31798 |
| AVALON SAI HOTELS LLC, | § | |
| | § | |
| Debtor. | § | |
| | § | CHAPTER 11 |

### ORDER SETTING HEARING

Hearing is set on the Emergency Motion for Interim and Final Orders Authorizing Post-Petition Financing and Use of Cash Collateral (ECF No. 15) at 10:00 a.m. on Tuesday, May 27, 2025, in Courtroom 403, United States Courthouse, 515 Rusk St., Houston, Texas. The movant shall serve a copy of this order on all affected parties within 24 hours and file a certificate of service; **or** file and serve a hearing notice within 24 hours.

If the parties reach an agreement [as it appears], an agreed order may be submitted with the signatures of all parties on the agreed order. The Court notes that no order is required if the lender consents to the use of cash collateral pending the interim hearing, however the Court is willing to enter a comfort order. Parties should reference the Court's "General Guidelines" included in its Courtroom Procedures[1] for provisions that are and are not approved on an interim basis in cash collateral orders.

**Parties should reference the Court's website for in person hearing requirements and connection instructions for virtual appearances.**[2]

**SO ORDERED**.

SIGNED 05/22/2025

Jeffrey Norman
United States Bankruptcy Judge

---

[1] https://www.txs.uscourts.gov/sites/txs/files/Courtroom%20%20Procedures%20updated%20012425.pdf
[2] https://www.txs.uscourts.gov/page/united-states-bankruptcy-judge-jeffrey-p-norman